AO 440 (Revised 06/12) Summons in A Civil Case

# *UNITED STATES DISTRICT COURT*

\ DISTRICT OF SOUTH CAROLINA

**GREENVILLE DIVISION**

BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; CHINQUAPIN MUSIC; BOY ROCKING MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; SHOWBILLY MUSIC; MUSCLE SHOALS SOUND PUBLISHING CO., A DIVISION OF NORTHSIDE PARTNERS; PEERMUSIC III LTD.; COTILLION MUSIC, INC.; SONY/ATV SONGS LLC D/B/A SONY/ATV TREE PUBLISHING; BUFFALO PRAIRIE SONGS,

Plaintiffs,

v.

AJH IMPERIAL CORPORATION, LLC d/b/a EASTSIDE BAR & GRILL and, ANGELA ROBINSON, individually

Defendants.

Case No.: 6:26-cv-05294-DCC

**SUMMONS IN A CIVIL ACTION**

**TO:**

| | |
|---|---|
| AJH Imperial Corporation, LLC d/b/a<br>Eastside Bar & Grill<br>c/o Angela Forbes<br>620 Howell Road, Suite 2<br>Greenville, South Carolina 29615 | Angela Robinson<br>620 Howell Road, Suite 2<br>Greenville, South Carolina 29615 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Bernie W. Ellis
Burr & Forman LLP
Post Office Box 447
Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

*Clerk of Court*

Date: November 02, 2026

s/Angela Lewis

*Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))***

Service of the Summons and Complaint was made by me[1] DATE

NAME OF SERVER (PRINT) TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________________________________
____________________________________________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________________________

☐ Returned unexecuted: __________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________

☐ Other (specify): ______________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________________ ____________________________________________
*Date* *Signature of Server*

____________________________________________
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.